RECEIVED
OCT 1 6 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARRELL SMALL | CIVIL ACTION 1:17-cv-01497 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| UNITED STATES OF AMERICA | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the United States' motion to dismiss (Doc. 11) is **GRANTED** and plaintiff's intentional tort claims for battery are **DISMISSED without prejudice** pursuant to Heck v. Humphrey, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that the plaintiff's negligence claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SIGNED** this 16 day of October, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT